CATHERINE M. BRADY, Respondent, v. GREATER NEW YORK SAVINGS BANK et al., Appellants.—

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.